JAMES MANCINI v. ANGELA TARTELLA.

October 25, 1983.

Petition for certification denied.

DIANE LIZAK v. MANUEL AND C. FARIA.

October 25, 1983.

Petition for certification granted.   (See 191 *N.J.Super.* 10)

STATE OF NEW JERSEY v. McCORMACK TERMINAL, INC.

October 25, 1983.

Petition for certification denied.

MOUNT VERNON FIRE INSURANCE COMPANY v. ALFRED
S. KAMMERER, JR.

October 25, 1983.

Petition for certification granted.

BRIDGE PLAZA CO–OP v. FRED SHLANSKY.

October 25, 1983.

Petition for certification denied.